IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHERYSH GREEN-CALDWELL ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TURNER COUNTY; THE TURNER ) <br> COUNTY BOARD OF ) <br> COMMISSIONERS; Nick Denham, ) <br> Individually and in his Official Capacity ) <br> As a Turner County Commissioner and ) <br> Turner County Commission Chair; ) <br> Brad Calhoun, Individually and in his ) <br> Official Capacity as a Turner County ) <br> Commissioner; and Allen Weaver, ) <br> Individually and in his Official Capacity ) <br> as a Turner County Commissioner, ) <br> ) <br> Defendants. ) | Civil Action: 1:24-cv-00162-LAG <br><br> JURY TRIAL DEMAND |

**ORDER**

Having read and considered the **CONSENT MOTION TO REVISE THE CAPTION OF PLAINTIFF'S COMPLAINT TO ADDRESS DEFENDANT'S PARTIAL MOTION TO DISMISS, Docs. 16 and 16.1,** and in resolution of Defendant's Partial Motion to Dismiss and for good cause shown, it is hereby ORDERED that the caption to this lawsuit be amended as follows:

[See full caption on the following page]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHERYSH GREEN-CALDWELL )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TURNER COUNTY; THE TURNER )<br>COUNTY BOARD OF )<br>COMMISSIONERS; Nick Denham, )<br>Individually, Brad Calhoun, )<br>Individually; and Allen Weaver, )<br>Individually )<br>)<br>Defendants. ) | Civil Action: 1:24-cv-00162-LAG<br><br>JURY TRIAL DEMAND |

It is further ordered that this order renders Defendants Motion for Partial Motion to Dismiss (Docs 16 and 16.1) moot.

SO ORDERED this  23rd  day of  December                 2024.

/s/ Leslie A. Gardner
LESLIE ABRAMS GARDNER
CHIEF DISTRICT JUDGE